No. 850. CICHOS *v.* INDIANA. Sup. Ct. Ind. Certiorari granted. *John P. Price* and *Cleon H. Foust* for petitioner. *John J. Dillon,* Attorney General of Indiana, and *Charles S. White* for respondent. 

No. 1039. UNITED STATES *v.* DEMKO. C. A. 3d Cir. Certiorari granted. *Solicitor General Marshall, Assistant Attorney General Douglas, Morton Hollander* and *Richard S. Salzman* for the United States. 

No. 493, Misc. ANDERS *v.* CALIFORNIA. Sup. Ct. Cal. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *George J. Roth,* Deputy Attorney General, for respondent.

No. 347. IN RE FOSTER. C. C. P. A. Certiorari denied. *Edward S. Irons, Stanley M. Clark* and *Mary Helen Sears* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the Commissioner of Patents in opposition. 

No. 971. BURDE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Albert A. Wedeen* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Melva M. Graney* for respondent.